ACCEPTED
04-15-00385-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/5/2015 1:36:04 PM
KEITH HOTTLE
CLERK



## Bexar County Public Defender's Office
101 W. Nueva ◆ Paul Elizondo Tower – Suite 370 ◆ San Antonio, TX 78205-3440
Phone: (210) 335-0701 ◆ Fax: (210) 335-0707

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

08/05/15 1:36:04 PM

KEITH E. HOTTLE
Clerk

August 5, 2015

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa St., Suite 3200
San Antonio, Texas 78205

      Re:     Raymond Zapata v. State of Texas
              Appeal No. 04-15-00384-CR & 04-15-00385-CR
              Cause No. 2014-CR-6345 & 2014-CR-6346

To the Honorable Court of Appeals:

Pursuant to Tex. R. App. P. 48.4 (West 2013), I hereby certify that I have notified the Appellant, Raymond Zapata, of his right to file a *pro se* petition for discretionary review. I have included a copy of the opinion and the judgment with my letter to Mr. Zapata. The notification was sent by certified mail, return receipt requested. A copy of the return receipt is attached to this letter. The undersigned attorney supplies the Court with the following information about this case:

Appellate attorney: Richard B. Dulany, Jr. (SBN:06196400)
Date of Opinion and Judgment: July 29, 2015
Date notification mailed to Appellant: July 29, 2015
Certified mail number: 7012 1640 0002 4217 9635
Date return receipt received by the undersigned attorney:

              Sincerely yours,

              RICHARD B. DULANY, JR.
              Appellate Public Defender

Attachment
/cmb

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RAYMOND ZAPATA

#02006388
GARZA WEST
4250 HWY 202
BEEVILLE TX 78102

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _Carol Evans_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   Carol Evans

C. Date of Delivery   7-31-15

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7012 1640 0002 4217 9635

PS Form 3811, July 2013   Domestic Return Receipt

UNITED STATES POSTAL SERVICE

TX 780

31 JUL '15

PM 3 L

|||| |||

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Bexar County
Appellate Public Defender's Office
Paul Elizondo Tower
101 W. Nueva, Suite 310 370
San Antonio, Texas  78205

